FEBRUARY 9, 2000

No. 99–8054 (99A626). ROBERTS *v.* GIBSON, WARDEN. C. A. 10th Cir. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 10, 2000

No. 99–908. MARTINI *v.* FEDERAL NATIONAL MORTGAGE ASSOCIATION ET AL.; and

No. 99–1100. FEDERAL NATIONAL MORTGAGE ASSOCIATION ET AL. *v.* MARTINI. C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 46.1. Reported below: 178 F. 3d 1336.

FEBRUARY 15, 2000

No. 99–8169 (99A646). CHANEY *v.* ARIZONA. Super. Ct. Ariz., Maricopa County. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

FEBRUARY 16, 2000

No. 99–8242 (99A659). IN RE CHANEY. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Petition for writ of habeas corpus denied.

FEBRUARY 18, 2000

No. 8, Orig. ARIZONA *v.* CALIFORNIA ET AL. Motion of West Bank Homeowners Association for leave to file a brief as *amicus curiae* granted. Exceptions to the Report of the Special Master are set for oral argument in due course. [For earlier order herein, see, *e. g., ante,* p. 803.]